Mary A. **MARTIN**, Respondent,

v.

Jack G. **MARTIN**, Appellant.

No. WD 44685.

Missouri Court of Appeals, Western District.

Feb. 4, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1992.

Jack G. Martin, pro se.

David Lee Cooper, Liberty, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM.

Jack G. Martin appeals from judgment in dissolution.

The judgment is affirmed. Rule 84.16(b).